IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph B. Elkind,<br><br>                    Plaintiff,<br><br>v.<br><br>CCBill, LLC,<br><br>                    Defendant. | No. MC-14-00030-PHX-NVW<br><br>**ORDER** |

The Court having considered the Ex Parte Application Pursuant to 28 U.S.C. § 1782, as amended (Doc. 8), and good cause appearing,

IT IS HEREBY ORDERED granting the Ex Parte Application, as amended (Doc. 8).

IT IS FURTHER ORDERED as follows:

1. Elkind is authorized to issue and serve the Subpoena on CCBill in the form proposed and attached to the amended Application as Exhibit A.

2. CCBill shall produce the requested documents within twenty-one (21) days of service of the Subpoena and a copy of this Order on them and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Arizona.

3. CCBill shall be deposed within thirty (30) days of the deadline for their production of documents as described in paragraph 2 of this Order and in accordance

with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Arizona.

    4.    Any evidence produced by CCBill shall not be filed with this Court absent leave of Court.

Dated this 13th day of May, 2014.

                                      *Neil V. Wake*
                                      Neil V. Wake
                                    United States District Judge