UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE APPLICATION PURSUANT TO 28 U.S.C. §1782 FOR DISCOVERY FROM CCBill LLC

CIVIL ACTION NO.:
MC-14-0030-PHX-NVW

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the State of Arizona.

That on 5/13/2014 at 3:44 PM at 2353 West University Drive, Tempe, AZ 85281

deponent served a(n) **Subpoena to Testify at a Deposition in a Civil Action, Order dated 13th day of May, 2014, Ex Parte Application Pursuant to 28 U.S.C. §1782**

on CCBill LLC, a limited liability company,

by delivering thereat a true copy of each to **Judi Darling, Executive Assistant to Marcus Dohn, Chief Financial Officer** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said witness and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Black
Age : 50's
Height : 5' 4"
Weight : 150 Lbs.
Other :

At the time of said service, deponent paid (tendered) in advance $66.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me this
15th day of May, 2014

_____
NOTARY PUBLIC

FRANCIS J. BRINKMAN III
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 02-14-15

_____
Lester Steward

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279